```
 1  ANTHONY P. CAPOZZI, CSBN: 068525
    NICHOLAS A. CAPOZZI, CSBN: 275568
 2  LAW OFFICES OF ANTHONY P. CAPOZZI
    1233 W. Shaw Avenue, Suite 102
 3  Fresno, California  93711
    Telephone:  (559) 221-0200
 4  Facsimile:  (559) 221-7997
    E-mail:  capozzilaw@aol.com
 5
    Attorney for Defendant,
 6  LUIS ANTONIO ARENAS ZAMORA

 7
                   IN THE UNITED STATES DISTRICT COURT
 8
                 EASTERN DISTRICT OF CALIFORNIA, FRESNO
 9

10  UNITED STATES OF AMERICA,        ) Case No.: 1:08-CR-00213-AWI
                                     )
11           Plaintiff,               )
                                     )
12      vs.                          )
                                     )
13  MOISES TREVINO CASTRO,           ) STIPULATION AND ORDER
    OMAR TORREST MARQUEZ,            ) CONTINUING TRIAL
14  LUIS ANTONIO ARENAS ZAMORA,      ) CONFIRMATION
    MANUEL TREVINO CASTRO, and       )
15  ANAI CASTRO-HUATO                )
                                     )
16           Defendants.             ) DATE: August 6, 2012
                                     ) TIME: 10:00 a.m.
17  _____ ) Hon. Anthony W. Ishii
```

18      IT IS HEREBY STIPULATED by the parties hereto, through

19  their respective attorneys of record, that the Trial

20  Confirmation, presently set for August 6, 2012, at 10:00

21  a.m., and the Trial, presently set for August 28, 2012, be

22  vacated.  The parties further stipulate that a status

23  conference be set for September 24, 2012, at 10:00 a.m.

24      Good cause exists for this request as Anthony P. Capozzi,

25  attorney for Defendant Luis Antonio Arenas Zamora, is

26  unavailable for the next six weeks due to a trial.  People of

27  the State of California v. Manuel Gonzalez, case number

28  F10905457, is scheduled to begin Monday, August 6, 2012, at

9:00 a.m. in Fresno County Superior Court.  The trial is tentatively expected to last through Friday, September 21, 2012.  Therefore, counsel for the defendant is unavailable for trial in this matter and failure to grant the request would unreasonably deny the defendant continuity of counsel.

Based on the above-stated findings, the ends of justice served by vacating the trial date and continuing this matter for status conference as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 6, 2012 through September 24, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So Stipulated:

DATED: August 2, 2012                Respectfully Submitted,


/s/Anthony P. Capozzi
Anthony P. Capozzi
Attorney for,
LUIS ANTONIO ARENAS ZAMORA

/s/Kathleen A. Servatius
Kathleen A. Servatius
Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.** Good cause having been shown, the Trial Confirmation now set for August 6, 2012, and the Trial now set for August 28 are VACATED.  A Status Conference is set for Monday, September 24, 2012, at 10:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:  August 2, 2012                 _____
                                       CHIEF UNITED STATES DISTRICT JUDGE