1 ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
2 LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
3 Fresno, California  93711
Telephone:  (559) 221-0200
4 Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com
5
Attorney for Defendant,
6 LUIS ANTONIO ARENAS ZAMORA

7
8                IN THE UNITED STATES DISTRICT COURT
9             EASTERN DISTRICT OF CALIFORNIA, FRESNO

10 UNITED STATES OF AMERICA,      ) Case No.: 1:08-CR-00213-AWI
                                  )
11           Plaintiff,            )
                                  )
12      vs.                        )
                                  )
13                                 ) STIPULATION AND ORDER
   LUIS ANTONIO ARENAS ZAMORA,    ) CONTINUING STATUS CONFERENCE
14                                 )
                                  )
15           Defendant.            )
                                  ) DATE: September 24, 2012
16                                 ) TIME: 10:00 a.m.
                                  ) Hon. Anthony W. Ishii
17                                 )

18     IT IS HEREBY STIPULATED by the parties hereto, through
19 their respective attorneys of record, that the Status
20 Conference, presently set for September 24, 2012, at 10:00
21 a.m. be vacated.  The parties further stipulate that a Status
22 Conference be set for October 22, 2012, at 10:00 a.m.
23     Good cause exists for this request as Anthony P. Capozzi,
24 attorney for Defendant Luis Antonio Arenas Zamora, is
25 unavailable for the next two weeks due to a trial. *People of*
26 *the State of California v. Alejandro Castro*, case number
27 F10900353, began on Wednesday, September 12, 2012, at 9:00
28 a.m. in Fresno County Superior Court.  The trial is

tentatively expected to last through Friday, September 28, 2012. Therefore, counsel for the defendant is unavailable for trial in this matter and failure to grant the request would unreasonably deny the defendant continuity of counsel.

Based on the above-stated findings, the ends of justice served by continuing this matter for status conference as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2012 through October 22, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So Stipulated:

DATED: September 20, 2012                Respectfully Submitted,

*/s/Anthony P. Capozzi*
Anthony P. Capozzi
Attorney for,
LUIS ANTONIO ARENAS ZAMORA

*/s/Kathleen A. Servatius*
Kathleen A. Servatius
Assistant United States Attorney

# **ORDER**

**IT IS SO ORDERED.** Good cause having been shown, the Status Conference now set for September 24, 2012, be continued to Monday, October 22, 2012, at 10:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   September 20, 2012               _____
                                          CHIEF UNITED STATES DISTRICT JUDGE